**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-6655

PIPER A. ROUNTREE,

Plaintiff - Appellant,

v.

TAMMY BROWN,

Defendant - Appellee,

and

HAROLD CLARK; JOHN JABE; WENDY HOBBS; D. RADCLIFF-WALKER; T.
COX; K. STAPLETON; D. CARTER; P. SOUKOP; MS. SWANN; S. HORN;
V. BOOKER; GENE JOHNSON; MS. SNOW; J. BLAND,

Defendants.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, Chief
District Judge. (7:11-cv-00572-GEC-RSB)

Submitted:  October 30, 2015          Decided:  November 5, 2015

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Piper A. Rountree, Appellant Pro Se.  Richard Carson Vorhis,
Senior Assistant Attorney General, Kate Elizabeth Dwyre, OFFICE

OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Piper A. Rountree appeals the district court's orders denying relief on her 42 U.S.C. § 1983 (2012) complaint and her Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Rountree v. Brown, No. 7:11-cv-00572-GEC-RSB (W.D. Va. Mar. 9, 2015; Mar. 26, 2015). We deny Rountree's motion for transcripts at the government's expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED